294 U.S. 710
 55 S.Ct. 505
 79 L.Ed. 1244
 Anders JORDAHL and Mary D. Jordahl, petitioners,
v.
IRVING TRUST COMPANY, Trustee in Bankruptcy of INTERNATIONAL MATCH CORPORATION et al., etc.*
 No. 562.
 Supreme Court of the United States
 February 4, 1935
 
 Mr. William Cattron Rigby, of Washington, D. C., for petitioners.
 
 
 1
 For opinion below, see 71 F.(2d) 973.
 
 
 2
 See, also, 55 S. Ct. 505, 79 L. Ed. ——.
 
 
 3
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.
 
 
 
 *
 Rehearing denied 294 U. S. 733, 55 S. Ct. 543, 79 L. Ed.